UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY ENRIQUE HERRERA,

                Plaintiff,

      -against-

HONORABLE JUDGE MALAVE
GONZALEZ, SURROGATE COURT
BRONX, PERSONAL AND
PROFESSIONAL CAPACITY, ET AL.,

             Defendants.

25-cv-5432 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 25, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                Chief United States District Judge